UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05390
  JOSEPH MOZDZIESC
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
  SSN XXX-XX-8139

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/26/2007 and was not confirmed.

     The case was dismissed without confirmation 07/26/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 829.11 | .00 | .00 |
| NICOR GAS | UNSECURED | 201.60 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3513.27 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 32064.08 | .00 | .00 |
| COOK COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 790.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 549.01 | .00 | .00 |
| LINCOLN FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MXENERGY | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED | 738.00 | .00 | .00 |
| AMC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED NOT I | 2236.20 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 552.41 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05390 JOSEPH MOZDZIESC

```
                           ---------------        ---------------
TOTALS                              .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn

Dated: 10/23/07                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE